Bates Label

Mullins - 1001

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 2 0 2022

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

June 13, 2008

On Wednesday, June 11th at 10:30 am Scott Venhaus, Karsten Sorenson and myself terminated Robert Mullins. We collected his badge to the building and his other keys. We asked Robert Mullins if he had any personal items in the building. He said that he had a binder and a flash drive. Then he corrected himself and said that he had the binder in his car so all he had inside the building was his flash drive. He asked if he could go and get it. I told him that he was not to return to his desk to collect his personal effects but that we would mail it to him. He was very concerned about his personal flash drive. He said that "his whole life" was on that drive and said "I really needed it back." I insisted that we would mail it to him. I asked him if he had any other questions. He said "No". He didn't say much after that. He gave us his smock and keys and calmly left the building. I had two Logan City policemen outside in the parking lot in case we needed their assistance.

Karsten gave the flash drive to Tom Sunderland, our IT Manager. He reviewed the contents and found a few tests and software that were used to test our ClearOne equipment. Tom removed the worked related tests and gave the flash drive to me. I locked up the flash drive in my desk.

Jessica Keller

Case: 4:22−cv−00046
Assigned To : Nielson, Howard C., Jr
Assign. Date : 7/21/2022
Description: Mullins v. USA

( MULLINS-1002 (

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3174033

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
| --- | --- |
| | 5008520062785 01 |

| 3. Investigative Case No | 4. Enforce No |
| --- | --- |
| 0405PRO80000001 | |

| 5. Prior Detention? | 6. Date Seized (mm/dd/yy) | 7. Time Seized (use 24-hr) | 8. FD No.(s) |
| --- | --- | --- | --- |
| Yes ☐ No ☒ If yes CBP 6051D No. | 06 11 08 | 1430 | |

| 9. Seized From | 10. Entry No | 11. Seal or Other ID No.s |
| --- | --- | --- |
| Name INTHINC Corp | | |
| Address 1673 W 170 No | 12. Remarks |
| Logan UT 84321 | |
| Telephone No. 435-712-4949 Ext 146 | |

13. Send Correspondence to

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | HP Compaq CPU | | | | | $ |
| | S/N XPT | | | | | $ |
| | C8M6V-DY42R-9FKVC-DRYJD-CRJMD | | | | | |
| | USU342079X | | | | | $ |
| | Jessica or JP IH2 Director | | | | | $ |

### 15. Seizing Officer

| Robert Stokes | x | Robert Stokes | 6/11/08 |
| --- | --- | --- | --- |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| --- | --- | --- | --- | --- |
| | HP COMPAQ dc5 esu 342079X | JAMES WRIGHT SA OI/ICE/DHS | | 6 19 08 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐          CBP Form 6051S (03/04)

CBP Retains Original

*Mullins-1003*

DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3174034

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1 FPF No | | 2 Incident No | |
|---|---|---|---|

| 3. Investigative Case No | | 4 Enforce No | |
|---|---|---|---|

| 5 Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. | 6 Date Seized (mm/dd yyyy) 6/13/08 | 7. Time Seized (Use 24 hrs) 145C | 8 FDIN/Misc |
|---|---|---|---|

**9. Seized From.**
Name  Jessica Kelley
Address  9073 W 170 No.
Logan UT 84321

Telephone No  ___  Ext  146

| 10 Entry No. | 11 Seal or Other ID Nos |
|---|---|

12. Remarks

**13 Send Correspondence to**

### 14 PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No | b. Description | c Packages Number | Type | d Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | thumb drive 40GB | | | | | $ |
| 1 | Badge Rob Mullins 35626 11230857 | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | Jessica Kelly HR Director 6/13/08 | | | | | $ |

**15. Seizing Officer**  Robert Stoks  x  *Robert H Stoks*  6/13/08
Print Name            Signature            Date

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No | b. Description | c. Print Name/Title/Organization | d  Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐         CBP Form 6051S (03/04

CBP Retains Original

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER OU05PR08OU0001 |

**TITLE: POSS CHILD PORN ROBERT A. MULLINS**

**CASE STATUS:**   INTERIM RPT

| REPORT DATE 112108 | DATE ASSIGNED 061208 | PROGRAM CODE YD0 | REPORT NO. 002 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: NCMEC CRIS ANALYSIS AND VERIFICATION SUBMISSION REQUEST

**SYNOPSIS:**
On June 16, 2008, Special Agent (SA) James Wright of the Office of the Assistant Special Agent in Charge (ASAC), Salt Lake City, UT received a request for computer forensic analysis and examination from the Office of the Resident Agent in Charge (RAC) Ogden, UT. The RAC/Ogden request was pursuant to the execution of a federal search warrant at INTHINC Corporation located at 1073 West 1700 North, Logan, UT 84321. Ms. Jessica Keller, Director, Human Resources, INTHINC identified Robert MULLINS, an employee, as accessing child pornography on a company computer. SA Robert Stokes seized one (1) computer and one (1) universal serial bus (usb) drive that were used to access child pornography on the Internet.

On November 21, 2008, SA Wright submitted a cd-rom with images of possible child pornography to the National Center for Missing and Exploited Children (NCMEC) for examination through the Child Recognition Identification System (CRIS).

| DISTRIBUTION: RACOU SACDE | SIGNATURE: WRIGHT          JAMES      P  SENIOR SPEC AGENT |
|---|---|
| | APPROVED: FITZ-RANDOLPH   KURT      H  SUP CRIM INVEST |
| | ORIGIN OFFICE: OU OGDEN, UT - RAC           TELEPHONE: 801 524 5884 |
| | TYPIST: WRIGHT |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Mullins - 1004

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER OU05PR08OU0001 |
| | REPORT NUMBER: 002 |

DETAILS OF INVESTIGATION:

On November 21, 2008, SA Wright prepared and submitted a cd-rom containing still images of screenshots taken by the Snapshot screen capture software tool that appeared to be installed by the information technology department of INTHINC. The images recorded, totaling two hundred and thirty-two (232) were of MULLINS accessing the ORKUT social networking website using the name jacobjones1776@gmail.com. The images being submitted are in compressed format, per the requirements of the NCMEC. The request for this analysis and verification is being made for potential prosecution of MULLINS in United States District Court.

The investigating agent is SSA Brian Dean. SSA Dean currently works at the following location:

2487 South 1620 West, Suite 5
Ogden, UT 84401
Telephone: (435) 634-1354
Email: brian.dean@dhs.gov

The submitting agent is SA James Wright. SA Wright currently works at the following location:

46 West 300 South, Suite 206
Salt Lake City, UT 84101
Telephone: (801) 524-5884 x224
Email: james.p.wright@dhs.gov

Upon completion of this identification process, please contact SSA Dean with the results of the analysis.

This investigation is continuing.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Mullins - 1005

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER OU05PR08OU0001 |
| | REPORT NUMBER: 001 |

I left the business and returned to the Ogden, Utah RAC ICE Office. At approximately 11 AM, Ms. Keller called and said they terminated Mr. Mullins. Keller stated their IT department accessed the computer Mr. Mullins used and discovered that he had come into the business last night, June 10, 2008, and used the computer to access pornographic sites from approximately 9 PM to 1 AM. Ms. Keller said the IT TECH located images of human genitalia and that these sites were accessed during the night on June 10, 2008. Keller requested that I return to the business.  At approximately 11:30 AM Ms. Keller called back and said they had found over 3,000 images of children with full nudity. Keller stated these images were on the computer used by Mr. Mullins.  I responded back to the business at 2 PM in Logan, Utah, and talked with Keller and Mr. Tom Sunderland, the IT Tech at INTHINK. I personally viewed one of the images on the computer that showed a young male approximately 12 years old who was fully nude. This photo showed his penis and this child was shown in different poses. I informed Ms. Keller that I wanted to seize the computer CPU in order to access the images as I would need the images for evidence. Keller agreed to release the CPU to me and I completed an evidence log form, CBP Form 6051S, signed the form, and had Keller sign the form as well. The CPU was taken back to the ICE Ogden, Utah RAC Office and placed into evidence at approximately 3:30 PM on June 11, 2008.  I placed a call to our Forensic Computer Examiner, Senior Special Agent James Wright of the Salt Lake City ICE Office to advise him that I had a computer and needed to have it processed for evidence. Agent Wright stated he would process the CPU as soon as possible.

I called AUSA Karin Fojtik to discuss this case for prosecution.

On Friday June 13, 2008, AUSA Karin Fojtik prepared and requested two (2) search warrants, one for the Inthink HP CPU and one for the Flash drive (data storage device) left at Inthink Mullins. These search warrants were signed by US Magistrate Nuffer at approximately 12 PM under US District Court case number 2:08MJ 189 DN.  These search warrants authorize the search of the CPU and Flash Drive for evidence of child pornography. This search will be conducted with the assistance of Senior Special Agent James Wright, computer forensics examiner from the Salt Lake City, Utah ICE Office on Monday June 16, 2008. Results of these searches will be forwarded to the AUSA for further action.

Follow-up Investigation Pending

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

*Mullins-1006*

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 | |
|---|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE    1 | |
| | CASE NUMBER OU05PR08OU0001 | |

TITLE: POSS CHILD PORN ROBERT A. MULLINS

CASE STATUS:    INTERIM RPT

| REPORT DATE 061209 | DATE ASSIGNED 061208 | PROGRAM CODE YD0 | REPORT NO. 003 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: COMPUTER FORENSIC EXAMINATION AND ANALYSIS REPORT FOR ROBERT MULLINS

SYNOPSIS:
On June 16, 2008, Special Agent (SA) James Wright of the Office of the Assistant Special Agent in Charge (ASAC), Salt Lake City, UT received a request for computer forensic imaging, analysis and examination from the Office of the Resident Agent in Charge (RAC), Ogden, UT. The RAC/Ogden request was pursuant to the execution of a federal search warrant at INTHINC Corporation located at 1073 West 1700 North, Logan, UT 84321. Ms. Jessica Keller, Director of Human Resources for INTHINC identified an individual, Robert MULLINS, who as an employee of INTHINC was accessing child pornography on his assigned company computer.

On June 10, 2009, SA Wright completed the computer forensic examination and analysis of the seized items pursuant to this investigation.

| DISTRIBUTION: RACOU SACDE | SIGNATURE: WRIGHT        JAMES      P  SENIOR SPEC AGENT |
|---|---|
| | APPROVED: SCOTT        DAVID      S  SENIOR SPEC AGENT |
| | ORIGIN OFFICE: OU OGDEN, UT - RAC        TELEPHONE: 801 524 5884 |
| | TYPIST: WRIGHT |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Mullins-1007

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE     2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER OU05PR08OU0001 |
| | REPORT NUMBER: 003 |

DETAILS OF INVESTIGATION:

On June 16, 2008, SA James Wright of the ASAC, Salt Lake City, UT Office received a request from SSA Robert Stokes to initiate a computer forensic imaging, analysis and examination of one (1) seized computer and one (1) usb thumb drive. These items were seized subsequent to the execution of a federal search warrant based on information received from INTHINC Corporation where MULLINS was employed.

COMPUTER:

| | | |
|---|---|---|
| MAKE: | COMPAQ (HEWLETT PACKARD) | |
| MODEL: | d530CMT | |
| SERIAL NUMBER: | USU342079X | |
| TYPE: | Desktop | |

HARD DISK DRIVE:

| | | |
|---|---|---|
| MAKE: | SEAGATE | |
| MODEL: | ST340015A | |
| SERIAL NUMBER: | 5LA6QQ7M | |
| SIZE: | 40 GB | |
| SETTING: | Pin appeared to set to master with jumper on first two vertical pins. | |
| TYPE: | Integrated Drive Electronics (IDE) | |

DIGITAL STORAGE MEDIA:

| | | |
|---|---|---|
| MAKE: | SANDISK | |
| MODEL: | CRUZER FREEDOM | |
| SERIAL NUMBER: | 0000184AA472A913 | |
| SIZE: | 4 GB | |

On October 26, 2008, prior to forensic imaging, SA Wright initiated a preliminary forensic preview on June 16, 2008. SA Wright then initiated a preliminary forensic hash baseline of the suspect hard drive. The baseline hash value, which is a Message Digest 5 (MD5) value, is a cryptographic hash function with a 128-bit hash value and used to check the integrity of files and their contents. SA Wright utilized a validated Tableau IDE/Firewire IEEE 1394/USB 2.0 hardware write blocker and ENCASE version 4.2 boot floppy disk to prevent any change to the suspect hard drive. Using this method, SA Wright is able to obtain a hash value of the hard drive. A hash value was generated, 4d27eb4850d5bbaac83c73e1b288ab10. Following the creation of the baseline hash

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Mullins - 1008

OFFICIAL USE ONLY

| . DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | CASE NUMBER OU05PR08OU0001 |
| | REPORT NUMBER: 003 |

value, SA Wright initiated an additional computer forensic imaging of the
suspect hard drive. SA Wright using Forensic Toolkit Imager version 2.5.4.16,
created a compressed forensic image of the suspect hard drive. The image,
labeled MULLINS1.E01, is a mirror image of the hard drive. Another hash value
was generated, computed and matched to the baseline,
4d27eb4850d5bbaac83c73e1b288ab10. A final hash value was generated using the
initial method to determine the hash value. 4d27eb4850d5bbaac83c73e1b288ab10
was generated as the post hash baseline. Based on the accompanying hash
values, there appeared to be no change to the original suspect hard drive.

SA Wright also initiated a preliminary forensic hash baseline of the suspect
usb thumb drive. The baseline hash value acquired using a validated Tableau
USB hardware write blocker and ENCASE version 4.2 boot floppy disk to prevent
any change the usb thumb drive. The hash value generated and computed was
98b8fbe631b6650b4f26f110f99694ee. SA Wright using Forensic Toolkit Imager
Version 2.5.4.16, created a compressed forensic image of the suspect thumb
drive. The image, labeled MULLINS2.E01, is a mirror image of the hard drive.
While imaging the suspect thumb drive, using validated write blocking hardware
device, an hash value was generated. The value,
98b8fbe631b6650b4f26f110f99694ee, verified and appears to match the initial
value generated, indicating that there appeared to be no change to the
original suspect hard drive.

Upon completion of the imaging process for both evidence items, SA Wright
initiated forensic processing and analysis of the suspect mirror images
utilizing AccessData Forensic Toolkit version 1.72. SA Wright accessed the
Complementary Metal Oxide Semiconductor (CMOS) date and time on the HEWLETT
PACKARD/COMPAQ computer. SA Wright powered on the suspect desktop, with the
hard drive removed and using the F10 key (HP) as the designated boot key,
accessed the date and time information found in the CMOS.0 The date and time
displayed was Wednesday, October 29, 2008, at about 11:40 hours (MST). This is
consistent with the actual date and time.

SA Wright, upon completion of the forensic processing software, began analysis
on the process image. Examination of the computer and thumb drive images was
to include searching for multimedia files of the following formats: Joint
Photographic Expert Group (JPEG), Moving Picture Experts Group (MPEG),
Portable Network Graphics (PNG), Graphics Interchange Format (GIF), Audio
Video Interleave (AVI), Real Media (RM), and Quicktime (Apple). These types of
multimedia files are those that are commonly associated with still and
streaming video files.

The examination of the computer and the thumb drive yielded the information
that SA Wright discovered that the company employing MULLINS, utilized a
monitoring program called SNAPSHOT to record MULLINS Internet activities and

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

*Mullins- 1009*

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | CASE NUMBER OU05PR08OU0001 |
| | REPORT NUMBER: 003 |

website access. MULLINS accessed a website called Orkut.com. This is a free-access social networking service owned and operated by Google. The service is designed to help users meet new friends and maintain existing relationships. MULLINS, using his Orkut account access, visited other profiles containing images of what appear to prepubescent males nude with their genitalia exposed. MULLINS username is identified as jacobjones1776@gmail.com. MULLINS accessed areas of ORKUT that appeared to contain both English and Portuguese language. Orkut is identified as one of the biggest social networking websites in Brazil, where Portuguese is the predominant language. All of these images were found in MULLINS1\Part_1\NONAME-NTFS\Documents and Settings\Administrators\Desktop\Bob Mullins\Bob Mullins. The total number of these images was two hundred and thirty-four (234). Of those images, fourteen (14) were identified as deleted. Additionally, twenty-four (24) images of what appears to be child erotica were discovered. Of these images, a total of sixteen (16) were identified as deleted.

These images, along with MULLINS Internet activities, were bookmarked and will be placed on a computer forensic examination findings compact disc for the case agent.

The images of suspected child pornography were submitted to the National Center for Missing and Exploited Children (NCMEC) for analysis and verification. The following images were identified as matches:

/BobMullins2305[372914].jpg (2nd row from top, 1st image from right)
/BobMullins2306[372916].jpg (2nd row from top, 1st image from right)
/BobMullins2307[372918].jpg (2nd row from top, 1st image from right)
/BobMullins2308[372920].jpg (2nd row from top, 1st image from right)

These images identified by NCMEC were part of the GERBER STEIN series of known child pornography images. A copy of the NCMEC report was forwarded to the case agent.

This report is a complete synopsis of the computer forensic findings to date, conducted on the items referenced in this report and based solely upon the searches identified. This report may not be inclusive of all  potential evidence contained on the computer and digital storage media referenced in this report. Any additional forensic analysis conducted on the listed computer media will be documented in future reports.

This investigation is continuing.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Mullins — 1010

To whom it may concern,

My name is Scott Venhaus, my title is director of manufacturing.  I was
hired in October 2006.

On Monday, June 9, 2008 I was approached by Tom Sunderland and informed
that individuals in the Box Build area were witnessed using the
internet for reasons other than in the performance of assigned duties.

I asked Tom if we had the monitoring software we had used in the past
to which he said we did.

We then went to box build where I stated in front of the holistic
testers and Tom that I wanted monitoring software installed on all
computers.

After having discussions with BJ Larsen, RMA Coordinator, who had
stated that he had witnessed Bob Mullins working on his personal
business while at work, I asked Tom to install the monitoring software
on Bob's computer.

On Tuesday, June 10, I was approached by Karsten Sorensen and Tom
Sunderland who informed me that they checked the monitoring software
and found they he was spending an inordinate amount of time working on
his personal business and while monitoring where and what Bob was
working on witnessed what Karsten and Tom considered child pornography.
I immediately contacted Jessica Keller, Director of Human Resources and
informed her of what had occurred.

On Wednesday, June 12, Bob Mullins employment with Inovar was
terminated for cause; specifically, excessive use of internet for means
other than in the performance of assigned duties.

Respectfully,

Scott Venhaus
Director of Manufacturing
Sent via BlackBerry from T-Mobile

Mullins—1011

Karsten Sorensen
RMA Manager
Inovar, Inc.

On May 19 2008 I was informed by BJ Larsen and Jenna Allison that Robert Mullins was spending 2-4 hours during the day doing personal work on his assigned work computer. I then warned Robert verbally about internet usage on May 21, 2008. Robert continued to abuse the right to use the internet by doing personal related business on the company assigned computer. On May 23, 2008 I asked the IT group (Tom Sunderland and Brennan Lindsey) to take internet privileges off Robert's assigned computer. On May 26, 2008 I verbally counseled Robert again and told him why the internet was taken off his assigned computer. He replied that he understood and that he would not do it again.

Robert was warned but continued to abuse using the internet for personal use. Robert also went around the preventive measures that the IT group put into place. This was evident when Tom Sunderland and I viewed the history of what had taken place on his computer June 10, 2008. Robert had used internet access through a different server.

When Tom and I viewed the history of what Robert accessed on June 10, 2008 we found he was composing personal emails, doing personal business, and viewing child nudity. The personal emails consisted of subjects dealing with a business Robert was putting together. The personal business was composing letters and pulling information for his business. The child nudity consisted of foreign web pages of boys with frontal nudity. After viewing the history Tom and I contacted my supervisor Scott Venhaus. Scott viewed the history and contacted the head of HR Jessica Keller. Jessica viewed the history and made further contact with people in the legal department. I started the termination paper work for the next day.

On June 11, 2008 Jessica Keller, Scott Venhaus, and I terminated Robert Mullins employment at Inovar, Inc. at 10:30am on grounds of using the internet for personal use 2-4 hours on June 10, 2008. Robert understood that we had given him fair warning and that he went against the counseling given on May 26, 2008. Robert signed the termination paperwork without any argument and left the building.

On June 11, 2008 Tom and I proceeded to collect the history from the previous day. We were surprised to find that Robert had come into the building and used the computer June 10, 2008 at around 9:30pm. We

viewed the history and found more child nudity, the nature of which was more explicit than the day before. Tom and I saw frontal nudity with close up pictures of penises.

Mullins—1013

Tom Sunderland
Systems Administrator
Inovar

My name is Tom Sunderland, I am currently the Systems Administrator for the Inovar division of inthinc. I have been employed at Inovar since June 30, 2003. I have been in the IT industry since 1993.

On May 23, 2008, Karsten Sorenson asked me to install inet Protector to block internet access on Robert Mullins computer. I installed the software and set it up to only allow access to our online timecard and our home website.

I was informed by BJ Larsen that the internet activity was still taking place on June 9, 2008. I informed Scott Venhaus Director of Production that our internet blocking software had been circumvented somehow and he asked me to install SpectorSoft, a computer monitoring software to find out how he was accessing the internet.

On June 10, 2008 after Robert had left for the day, Karsten and I went to Robert's computer to view the day's activities. We found that he was access the internet through a remote connection to the server which he needed to run an RMA program. The server's internet connection wasn't disabled as this is our current web server. The time spent on personal/non work related activities was around 4 hours or so and at the end of the log for about 10 mins we encountered some child nudity. The pictures didn't seem to graphic, but you could tell they were younger boys in their underwear. We contacted Scott and informed him what we found and he contacted Jessica Keller our Director of Human Resources to witness what was found.

On June 11, 2008 after Robert was terminated Karsten and I went to his computer to save the captured history to a disk and found that Robert had come in and used his computer from about 10:00pm to 1:00am. We called Jessica and had her come and view the content from that period of time. During that time span, he extensively viewed more child nudity. This time span seemed more explicit than the first log. Many pictures of young boys with no clothes on, some pictures contained male genitals. We saved the individual screen captures to the desktop and removed the computer from the room. We waited for the ICE agent to come and we gave him the computer.

Mullins – 1014

June 11, 2008

My name is Jessica Keller. I am the Director of Human Resources for inthinc, inc. and
Inovar, an inthinc company (formerly Inovar Inc.). I was hired February 22, 2007. I have
over 7 years experience in Human Resources.

I was asked on Tuesday, June 10th at around 6 pm to come to the RMA office/area by
Scott Venhaus, Director of Production. He didn't give any specifics over the phone.
When I entered the RMA office I was greeted by Scott Venhaus (Director of Production),
Tom Sunderland (IT Manager) and Karsten Sorenson (RMA Supervisor). Karsten told
me that they had found some "child pornography" on a work computer that was being
used by our employee, Robert Mullins aka Bob.

I asked them how this came about. Karsten explained that he had some concerns about
Bob's performance recently and thought that he was spending too much time playing on
the internet. He had asked Tom to limit internet sites on all of the computers in the area.
They were limited to a worksite and the time clock link. Karsten also asked Tom to
install "SpectorSoft" on his computer which would capture the screen throughout the day
as it was being used.

Tom had installed this software on Monday, June 9th. When I arrived they were
reviewing their findings and found the "child pornography." I told Tom to make a copy
of what he had found. I didn't look at the photos. I asked the guys what they had seen.
Karsten said that he saw little boys on the screen. He was clearly disgusted. Tom said that
saw he saw the same thing.

Then I called Jeff Harvey, General Counsel for inthinc, inc. He told me that we would
discuss details in the morning at 9 am. Then I got a call from Blake Kirby, President and
COO of inthinc, inc. Blake wanted to know who the employee was and what we had
found.

I went home. At around 7 pm I called my dad, John Harrison, who is a criminal
investigator for the IRS, to get his advice on who I should call in the morning. He said
that he "knew a guy" and would give me a contact person and a phone number in the
morning.

At about 7:30 pm I received a phone call from Senior Special Agent Bob Stokes. I gave
him all of the information that I had. I called him back several times after calling Tom for
details and then relaying that info back to Agent Stokes. I agreed to meet Agent Stokes at
8 am on Wednesday, June 11th at Inovar located at 1073 West 1700 North.

Mullins- 1015

Tom and I met Agent Stokes this morning, June 11th at 8 am. We showed him the data that we had captured. There were photos of boys in their underwear, all of whom looked under the age of 16. Agent Stokes didn't think that was enough evidence so we thanked him for his time and informed him that we would be terminating Robert Mullins before noon for poor performance and general misuse of company internet and property.

At 10:30 am on June 11th Scott Venhaus, Karsten Sorenson and myself terminated Robert Mullins. We collected his badge to the building and his other keys. We told him that he was not to return to his desk to collect his personal effects but that we would mail it to him. He was very concerned about his personal flash drive. I insisted that we would mail it to him. He didn't say much. He gave us his smock and keys and calmly left the building. I had two Logan City policemen outside in the parking lot in case we needed their assistance.

At around 10:45 am Tom, Karsten and I returned to the RMA office / area. We discovered that Robert had come back during the night at around 9:45 pm and had used the computer. We looked at the screen and saw that he had returned to the same site as before. We viewed the photos to see if any of the children were nude or in sexual situations. We saw an up close shot of a penis on the left side of the screen. Then we continued and we saw photos of young boys, about 8 years to 12 years of age was my guess, fully nude and in posing positions. It was enough, I thought, to contact Agent Stokes and have him return.

I went to a conference room at the front lobby area and I called Agent Stokes. He said he would return at 2 pm. Then I called Jeff Harvey our legal counsel to inform him of what I had seen. He advised me to continue to work with the authorities and provide them with any information that they needed.

I returned to the RMA area. Tom was copying everything. He had turned off the monitor not wanting to watch the photos. I told him that I would watch the photos so that I could help Agent Stokes. I viewed at a fast pace while he was copying as the program played out. Images of young boys, fully nude, up close and in poses continued across the screen. These images were very graphic and detailed. I saw multiple photos of nude boys on the screen at one time. I could visibly see their penis, genitals and buttocks. I consider myself to be a reasonable person and I would say that this was child pornography. No doubt in my mind. This was not adult porn. These kids looked young I have four close nephews under the age of 15 and my own son who will be 5 soon. I would say that the children in the photos looked older than my son (more than 5 years old) and less than my oldest nephew who is 15. My best guess would be that they were 8-12 years old.

Agent Stokes returned at 2 pm. After Tom explained how the software worked and how he had saved the images in a jpeg file which saved them every 15 seconds Agent Stokes briefly looked at one of the jpeg images and determined it was sufficient. We had over 3,000 images saved. Then we gave him the computer for evidence.

Mullins — 1016

years old who was fully nude. This photo showed his penis and this child was shown in different poses. SSA Stokes informed Ms. Keller that SSA Stokes wanted to seize the computer CPU in order to access the images as SSA Stokes would need the images for evidence. Keller agreed to release the CPU to me and SSA Stokes completed an evidence log form, CBP Form 6051S, signed the form, and had Keller sign the form as well. The CPU was taken back to the ICE Ogden, Utah RAC Office and placed into evidence at approximately 3:30 PM on June 11, 2008. SSA Stokes placed a call to our Forensic Computer Examiner, Senior Special Agent James Wright of the Salt Lake City ICE Office to advise him that SSA Stokes had a computer and needed to have it processed for evidence. Agent Wright stated he would process the CPU as soon as possible.

On Friday June 13, 2008, AUSA Karin Fojtik prepared and requested two (2) search warrants, one for the Inthink HP CPU and one for the Flash drive (data storage device) left at Inthink Mullins. These search warrants were signed by US Magistrate Nuffer at approximately 12 PM under US District Court case number 2:08MJ 189 DN. These search warrants authorize the search of the CPU and Flash Drive for evidence of child pornography. This search will be conducted with the assistance of Senior Special Agent James Wright, computer forensics examiner from the Salt Lake City, Utah ICE Office on Monday June 16, 2008.

On or about September 10, 2009, SSA Brian Dean and SSA Greg McClune went to the current residence of Robert MULLINS at 124 N. 450 W, Fielding, Utah, in an effort to perform a "knock and talk" with MULLINS. MULLINS would not allow us do a search of his computers. SSA's Dean and McClune left the residence without incident.

Mullins—1019

Added
R.M.

From: Robert Andrews Mullins                                18 May 2018
Offender I.D: 121148
641 East 300 South, Suite 150
Vernal, UT 84078

Added
R.M.

To: Department of Justice, United States of America, 950 Pennsylvania Ave,
National Security Division                N.W., Washington D.C. 20530-
"Team" over "The Contract"                                           0001

Reference: Whistle Blower; notification, under U.S. protected laws
                                    and/or ACTS.

Seeking: Qui Tam type monies, under the False Claims Act
18 USCA 286-287, 31 USCA 3729-3733.

Added
R.M.

Subject: Thover, Inc., CEO, Logan Utah, U.S.A. (2002-2008)
Over a process of 6 years, current CEO "mis-appropriated"
Federal Funds, by creating a Ruse of 150 contracts for
150 different corporations on products never produced.

Added
R.M.

Approximately $10,000,000 U.S.D., was "mis-appropriated and

Added
R.M.

used as "seed money" for 5 Minnesota business entities, (2005)
formed, by a U.S. government contractor from Illinois. (2002-2008)
Funds moved one Ledger mark over at GAO level.

(2002-2008)

Added
R.M.

→ Thover Inc. was subcontractor to the Illinois Federal Contractor.
In 2008, Thover Inc., operated software for collecting
pornography without LICENSE and downloaded images
without LICENSE and printed them without LICENSE
and Transfered images onto my "desktop" of
my computer Logon, then IMAGED the "desktop"
IMAGES, and copied them to a disc and sent
via F.B.I. Bob Stokes (U.S. Agent) to NCMEC - the
National Center for Missing and Exploited Children,
under "my name".
Thover Inc., CEO, co-mingled my name and these
criminal files (they) created with the monies on

Mullins-1020

their accounting for the "Seed" monies to
these five Minnesota business entities.
An ICAC team fabricated evidence against
me, by transfering child pornographic images
they had downloaded without LICENSE to
my computer Login "Desktop", with a
signature of such Transfer of files by
Tom SUNDERLAND, then, Inovar Inc, IT Manager.
ICAC Team Members, and co-conspirators.
1. Bob Stokes, FBI Investigator, Team Lead.
2. John Italsrono, Logan Police Dept, Logan Utah.
3. Cache County Prosecutor, McAdams.
4. Inovar Inc., CEO/CEO, 2008.
5. Inovar Inc, IT Manager Tom Sunderland

Compensation Requested.
1- For Dept. of Justice Team Lead over "the Contract"
   to exercise his Judge Authority, and REMOVE evidence
   fabricated against me and generated without LICENSE against
   me, at the Federal Level, and "Update" case in
   First District Court, County of Cache, Logan Utah,
   case number 09 1101668, REMOVING evidence created
   by Inovar Inc, without LICENSE, and submit this to the
   Cache County District Attorney and Clerk of The Court.
2. Logan Utah, First District Court.
2- Federal Government to ASSUME RISK for my Incarceration.
3- Qui TAM type monies for claim on Appx. $98,000,000
   from Inovar Inc. CEO's "profit" generated by mis appropriated
   Federal Funds.

Robert Mullins (Pro Se)



# Utah State Bar®

*MULLINS—1021*

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077
http://www.UtahBar.org

**Elizabeth A. Wright**
Executive Director

February 7, 2022

Mr. Robert Mullins
#121148
Sanpete County Jail
1500 S Highway 89
Manti, UT 84642

Dear Mr. Mullins:

You have contacted the Consumer Assistance Program at the Utah State Bar regarding your concerns about your legal matter and attorney, David M. Perry. It has been determined this matter requires communication between you and Mr. Perry. By copy of this letter to him, Mr. Perry is informed of your concerns and requested to respond to you about them.

Mr. Mullins, you stated the following:

In about 2016, Mr. Perry was assigned to represent you in post-conviction relief. It was your understanding Mr. Perry would file a document with the court to proceed in your post-conviction relief case. However, Mr. Perry never filed any document with the court.

Mr. Perry had informed you that he had obtained an exculpatory letter from Mr. Tom Sunderland, and several times you have requested that Mr. Perry send the letter to you. You last spoke with Mr. Perry three years ago, and at that time you again requested that he send you the letter. Mr. Perry responded that he no longer works on your case, but he has not filed a Withdrawal of Counsel. Consequently, according to the court file, he is still your attorney of record.

You again ask Mr. Perry to send to you Mr. Sunderland's exculpatory letter.

Mr. Mullins, please know if I do not hear from you within 30 days, then I will consider this matter to be concluded as far as my office is concerned. I will then permanently close this file and the contents will be destroyed. If you have any questions regarding this letter, please call me.

Sincerely,

Jeannine P. Timothy
Consumer Assistance Program Attorney

cc:     David M. Perry, Esq.

*Consumer Assistance Program File No. 22-101*

1 — Received FILES — Bates Labeled by Mullins, Mullins 1001–1020.
2 — Received on 8 March 2022. Evening Mail.
3 — No Correspondence with Evidence from Perry. *Latest...*

*Serving the public. Working for justice.*     Robert Mullins

MULLINS - 1023

MEMORANDUM OF UNDERSTANDING AND AGREEMENT | Page 1 of 2

Prepared By: Robert Andrew Mullins | Turn over

        1500 S. HWY 89 | For Page 2

        Manti, UT 84642

Delivered To: United States Attorney's Office

        John K. Mangum; Sandra L. Steinvoort

        111 S. Main St. Ste. 1800

        Salt Lake City, UT 84111-2126

Definitions: ① U.S. Attorney's Office, is the Attorney General for the United States of America.

        ② DHS/ICE is the United States of America's Department of Homeland Security, Immigration and Customs Enforcement.

        ③ NCMEC is the National Center For Missing and Exploited Children

        ④ SpectorSoft is A private corporation, which, as part of user agreement, LICENSE, notice must be given to individual being monitored for it to be lawfully used in this and any other country, nation or territory.

COMPLIANCE WITH U.S.C. (2022)

To comply with 28 U.S.C. 2675 (claim against an Agency) and in reference to 28 U.S.C. 2680 (h); abuse of process, false imprisonment, malicious prosecution, the wrongful prosecution, wrongful imprisonment of Robert Andrew Mullins by DHS/ICE and Agents thereof:

A. Per U.S.D.C. Dist. of UT case 1:21-CV-160-TS

B. Bates Labeled documents MULLINS-1001 TO MULLINS-1022.

C. Claim: DHS/ICE Agents Bob Stokes (SSA) and SSA Dean accepted and transferred evidence to prosecute Robert Andrew Mullins that was unlawfully obtained by Inovar Inc. IT Manager Tom Sunderland (June 10th to 13th 2008) by violating LICENSE

MULLINS-1024

AGREEMENT of software manufacturer SpectorSoft with SNAPSHOT program, in violation of 18 U.S.C. 2511, 2512.

D. As stated at C, agents listed and Agency DHS/ICE Agents, unlawfully attributed and transferred evidence to prosecute Robert Andrew Mullins case 091101668, First District Court, County of Cache, State of Utah.

RELIEF AGREEMENT OF U.S. Attorneys Office

AGREES TO: AND THAT, FORTWITH —

1. Cure Files in case listed 091101668, First Dist., Cache County, UT by Removing files, images and evidence et al "collected" or "intercepted" by Inovar Inc., its IT Manager Tom Sunderland et al, without or in violation of LICENSE Agreement of SpectorSoft and in violation of 18 U.S.C. 2511, 2512

2. Removing anything else attributed to Robert Andrew Mullins that would be the fruits of Inovar Inc's, and its unlawful activities, both Federal documents / files / storage whether electronic or physical, private corp. doc's / images, NCMEC etc..., and Anything given to Cache County Attorney's / State of Utah, et al. ( cleanse, remove, etc...).

3. PAY Robert Andrew Mullins on behalf of U.J.A., "wrongful incarceration" damages of $22 Million U.S.D., PAY him $4 Million U.S.D. Attorney Fee's. ( Draw on Appropriation ). Forthwith.

4. Seek a "compromised" amount (settlement) within 3 DAYS of receipt of this MEMORANDUM or, Immediatly abide by and agree to 1, 2, 3 & 5 of Relief hereby Agreed to. Forthwith.

5. Provide Mullins with list of persons liable and the names of the Five Minnesota business entities obtained by Investigation of case (: 21-cv-16075.

DATED: 15 April 2022      Signed: [signature]

Robert Andrew Mullins (ProSe)

BATES LABEL
MULLINS ~ 1025

## Certificate of Mailing / Service

A true and correct copy of Memorandum of Understanding
and Agreement was mailed postage paid to:

United States Attorney's Office
John K. Mangum; Sandra L. Steinvoort
111 S. Main St. Ste. 1800
Salt Lake City, UT 84111-2176

Mailed by 18 April 2022 by U.S. Postal Service Priority Mail
by: Robert Zk,
Robert Andrew Mullins (ProSe)

Associated with case: USDC UT 1:21-CV-160-TS

Certificate of Service

A true and correct copy of EVIDENCE, Bates Label
MULLINS 1001-1025 were mailed, postage paid, to:

United States District Court          U.S. Attorney's Office
District of Utah                      Sandra L. Steinvoort
351 South West Temple                 111 S. Main St. Ste. 1800
Salt Lake City, UT 84101              Salt Lake City, UT 84111-7176

Mailed on: 5 July 2022     by: _____
                                Robert Andrew Mullins (Pro Se)

Certificate of Service

A true and correct copy of EVIDENCE, Bates Label
MULLINS 1001-1025 were mailed, postage paid, to:

Assistant Attorney General
D.O.J. / U.S.A. / U.S.D.
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

Mailed on: 5 July 2022     by: _____
                                Robert Andrew Mullins (Prose)